UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                      Case No. 2:04-cv-569-FtM-29SPC

JEFFREY D. HAJKO,

        Defendant.
_____

## **OPINION AND ORDER**

This matter comes before the Court on the government's Motion for Default Judgment (Doc. #10), filed August 16, 2005. On August 17, 2005, the Court took the motion under advisement pending the submission of a copy of the promissory note and a memorandum of law regarding the appropriate application of the interest rate. (See Doc. #13). On August 29, 2005, the government filed a Response (Doc. #15) attaching a copy of the promissory noted and clarifying that the interest rate should apply to the principal amount only.

This is an action by the United States of America to recover monies owed by the defendant pursuant to education financial assistance provided to defendant through the Army Senior Reserve Officers' Training Corps Scholarship Program. Defendant executed a promissory note for $24,401.81, plus interest, administrative charges, late fees, and penalties in favor of the United States Department of Defense, Defense Finance and Accounting Service. Defendant initially defaulted on the note on or about March 16,

2001, and defendant continues to be in default on the note.  (See Doc. #1).

Defendant Jeffrey D. Hajko was personally served with process on January 7, 2005.  Having failed to respond or otherwise plead, and open Order, plaintiff sought a default against defendant pursuant to Fed. R. Civ. P. 55(a).  On August 17, 2005, the Court granted the government's Application for Entry of Default (Doc. #9).  (See Doc. #12).  The Clerk's Entry of Default (Doc. #14) was entered against defendant on August 26, 2005.

Federal Rule of Civil Procedure 55(b)(1) provides that when a "claim against a defendant is for a sum certain or for a sum which can by computation be made certain, the clerk upon request of the plaintiff and upon affidavit of the amount due shall enter judgment."  The attached Declaration (Doc. #10, Ex. B) indicates that defendant is not currently on active duty with any of the armed services of the United States of America.  The Certificate of Indebtedness (Doc. #10, Ex. A) indicates the current balance is $27,740.37, of which $23,131.63 is principal, $1,307.30 is accrued interest, $3,281.44 is penalty charges, and $20.00 is administrative charges.

It would appear that all prerequisites for a default judgment have been met and that the government is otherwise entitled to a default judgment for a sum certain.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's Default Judgment (Doc. #10) is **GRANTED**.

2. The Clerk is directed to enter judgment in favor of plaintiff and against defendant as follows: $23,131.63 in principal whereupon interest shall accrue at a rate of 4.72% per annum until paid in full, a $3,281.44 penalty charge, and a $20.00 administrative charge.

3. The Clerk is directed to mail counsel for plaintiff two copies of this Order and of the Judgment entered herein, one of each of which shall be certified.

4. The Clerk shall mail a copy of this Order and the Judgment entered herein to defendant, whose last known address is: **4620 Saint Croix Lane, Apt. 925, Naples, Florida 34109**.

5. The Clerk is further directed to terminate all pending deadlines as moot and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __29th__ day of August, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record